168 So.2d 268

### Edward L. HOPKINS

v.

### STATE of Louisiana, through The DEPARTMENT OF HIGHWAYS.

No. 47510.

Nov. 9, 1964.

In re: Edward L. Hopkins applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Pointe Coupee. 167 So.2d 441.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

■

168 So.2d 269

### Dr. Franklin C. COX

v.

### Jerry B. MURRAY, Marquette Casualty Company, Joe Barshop Distributing Company and Trinity Universal Insurance Company.

### Jerry B. MURRAY

v.

### Dr. Franklin C. COX et al.

No. 47519.

Nov. 9, 1964.

In re: Dr. Franklin C. Cox applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of St. Charles. 167 So.2d 523.

Writs refused. On the facts found by the Court of Appeal, there is no error of law in the judgments.